IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

GAGE MICHAEL FOULDS

    Plaintiff,

vs.               CIVIL NO. 2:24-cv-666-GBW-KRS

WERNER ENTERPRISES, INC. AND OCLEVIS LESTER,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

After considering the Parties' Joint Motion to Extend Pretrial Deadlines **(Doc. 32)**, the Court FINDS that there is cause to extend the Pretrial deadlines in this case. Therefore, the Court GRANTS the Parties' Motion to Extend the Pretrial Deadlines outlined in the Court's November 19, 2024 Scheduling Order, and it is ORDERED that the deadlines are extended as follows:

1. Plaintiff's Expert Designations due by April 28, 2025;
2. Defendants' Expert Designations due by June 3, 2025;
3. All Discovery due by July 7, 2025;
4. Motions Relating to Discovery due by July 28, 2025;
5. All Other Motions due by August 8, 2025.

IT IS SO ORDERED this 3rd day of March, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**APPROVED AS TO FORM:**

**ZINDA LAW GROUP, PLLC**
By: */s/ Neil Solomon*
Neil Solomon
Jason Aldridge
Benjamin Abbas
*Attorneys for Plaintiff*

**MAYER, LLP**
By: */s/ Ryan Goodhue (with permission)*
Brian Fisher
Ryan Goodhue
*Attorneys for Defendants*